GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@wghlawyers.com
RICHARD H. GOLUBOW – State Bar No. 160434
rgolubow@wghlawyers.com
JORDYN M. PAPERNY – State Bar No. 351678
jpaperny@wghlawyers.com
**WINTHROP GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500, Newport Beach, CA 92660
Telephone: (949) 720-4100 / Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel
for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA- SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>GEDDO CORPORATION *et al.*,<br><br>    Debtors and Debtors-in-Possession. | Case No. 8:26-bk-11022-MH<br><br>Chapter 11 Proceeding<br><br>Jointly Administered With:<br>Case No. 8:26-bk-11047-MH<br>Case No. 8:26-bk-11048-MH<br>Case No. 8:26-bk-11049-MH<br>Case No. 8:26-bk-11050-MH<br>Case No. 8:26-bk-11051-MH<br>Case No. 8:26-bk-11052-MH |
| ☐ Affects GEDDO CORPORATION, a California corporation,<br><br>☐ Affects BAKERS CASUAL FOOD LLC., a California limited liability company,<br><br>☐ Affects HANFORD FOOD LLC, a California limited liability company,<br><br>☐ Affects KINGS FOOD, INC., a California corporation,<br><br>☐ Affects THE MASA CORPORATION, a California corporation,<br><br>☐ Affects SANOS LLC, a California limited liability company,<br><br>☐ Affects AZ FRESH LLC, an Arizona limited liability company,<br><br>☐ Affects All Debtors. | **DECLARATION OF JEANNIE MARTINEZ RE SERVICE OF FIRST DAY MOTIONS**<br><br>DATE:    April 8, 2026<br>TIME:    3:00 p.m.<br>PLACE:  Courtroom 6C<br>           411 W. Fourth Street<br>           Santa Ana, CA 92701 |

I, Jeannie Martinez, hereby declare as follows:

1.     I am a paralegal employed by Winthrop Golubow Hollander, LLP, proposed general insolvency counsel for Geddo Corporation, a California corporation; Sanos LLC, a California limited liability company; Hanford Food LLC, a California limited liability company; Kings Food, Inc., a California corporation; Bakers Casual Food LLC, a California limited liability company; The Masa Corporation, a California corporation; and AZ Fresh LLC, an Arizona limited liability company, the jointly administered debtors and debtors-in-possession in the above entitled Chapter 11 proceedings (collectively, the "Debtors").

2.     I have personal knowledge of the following facts and if called upon, would competently testify thereto.

3.     On April 6, 2026, the Debtors filed the following first day emergency motions (collectively, the "Motions"):

- [Dkt 30] Debtors' Emergency Motion For Order: (1) Authorizing Use Of Any Cash Collateral; And (2) Setting Final Hearing On Motion; Memorandum Of Points And Authorities;
- [Dkt 31] Debtors' Emergency Motion For Order Fixing Bar Date For The Filing Of Proofs Of Claim; Memorandum Of Points And Authorities;
- [Dkt 32] Debtors' Emergency Motion, Pursuant To 11 U.S.C. § 366, For Order (I) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Service, (Ii) Deeming Utilities Adequately Assured Of Future Performance, And (Iii) Establishing Procedures For Determining Adequate Assurance Of Payment; Memorandum Of Points And Authorities;
- [Dkt 33] Debtors' Emergency Motion To Limit Notice Of Certain Matters Requiring Notice To Creditors Pursuant To Rules 2002 AND 9007 Of The Federal Rules Of Bankruptcy Procedure; Memorandum Of Points And Authorities;
- [Dkt 34] Debtors' Emergency Motion For Order Authorizing Payment And Honoring Of Prepetition Payroll Obligations And Benefits; Memorandum Of Points And Authorities;
- [Dkt 35] Debtors' Emergency Motion For Order Authorizing Retention Of Certain Prepetition Bank Accounts; Memorandum Of Points And Authorities;
- [Dkt 36] Debtors' Emergency Motion For Order (I) Directing Debtors' Payment Processor And Third-Party Ordering Platforms To Honor Agreements Pending Assumption Or Rejection, (II) Authorizing The Debtors To Maintain Any Related Merchant Services Accounts, And (III) Compelling Debtors' Payment Processor And Third-Party Ordering Platforms To Turnover Of Withheld Funds; Memorandum Of Points And Authorities;

- [Dkt 37] Debtors' Emergency Motion For Entry Of Order Pursuant To 11 U.S.C. §§ 105(A), 363(B), 365, AND 507(A) (I) Authorizing Debtors To (A) Maintain Certain Customer Programs And (B) Honor Or Pay Related Prepetition Obligations In Respect Thereof; And (Ii) Granting Related Relief; Memorandum Of Points And Authorities In Support Thereof; and
- [Dkt 38] Declaration Of Joseph Sadek In Support Of Debtors' First Day Motions.

4.    The Court set the hearing on the Motions for April 8, 2026 at 3:00 p.m.

5.    On April 6, 2026, I provided telephonic and/or electronic notice of the Motions. Attached hereto as **Exhibit 1** is a true and correct copy of a list of the parties that I contacted.

6.    On April 6, 2026, I provided a copy of the Motions via Federal Express or Express Mail. Attached hereto as **Exhibit 2** is a true and correct copy of a list of the parties that received the Motions.

7.    On April 7, 2026, promptly upon obtaining additional electronic addresses, I provided electronic notice of the Motions as stated on **Exhibit 1**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of April, 2026, at Newport Beach, California.

Jeannie Martinez

-3-

**EXHIBIT 1**

| DEBTOR | CREDITOR | NAME, CONTACT INFORMATION | METHOD OF SERVICE |
|---|---|---|---|
| SANOS LLC | Funding Metrics dba Lendini/QuickFix Capital and MicroAdvance Funding | Nick Zabala<br>272-444-3354<br>nick@njzlaw.com | Spoke w/Nick<br>Email |
| Kings Food<br><br>Hanford Food | Stage Advance | Zev<br>info@thestageadvance.com | EMAIL |
| Geddo Corporation | Avion | Elazar<br>617-895-9122;<br>info@avionfunding.com | Voicemail ("VM") NOT SET UP<br>Email |
| SANOS LLC | Trustify Adanced | Nisan<br>732-338-2595<br>nisan@trustifyadvance.com<br><br>1001 Rt 70, Toms River, NJ 08755 | VM<br>Email |
| Geddo Corporation | Verve Funding/ FYNCAP | Alex<br>Aavi<br>212-814-5971<br>alex@fyncap.com<br>avi@capitaldomain.com | Spoke with Avi<br>Email |
| Geddo Corporation<br><br>Kings Food | Kapitus LLC | Tabitha<br>646-439-0072<br>tlestes@kapitus.com | Spoke w/ Tabitha<br>Email |
| SANOS LLC | Blade | No name<br>732-285-4110 (Ext. 114) | VM |
| Geddo Corporation | Lendbug | No Name - Cynthia<br>917-300-8386<br>assetrecovery@lendbug.com | Spoke w/Cynthia<br>Email |
| Bakers Casual Food LLC | Capital Domain / Verve Funding | Avi<br>732-742-9118<br>avi@capitaldomain.com | Spoke w/ Avi<br>Email |
| Geddo Corporation | EIN OD Capital | Jack<br>347-946-8768<br>EINODCAP@GMAIL.COM<br>submissions@eondfunding.com | Spoke w/Jack<br>Email |

| DEBTOR | CREDITOR | NAME, CONTACT INFORMATION | METHOD OF SERVICE |
|---|---|---|---|
| Geddo Corporation | Webbank A Peac Solution | Janoy Carey<br>JCarey@peacsolutions.com<br>Wendy Lewis<br>wlewis@peacsolutions.com | EMAIL |
| Geddo Corporation | Apex Funding 1Stop [1STOP CAP INC] | Freddy<br>freddy@1stopcap.com | EMAIL |
| Geddo Corporation | Apex Funding | Pinny Bak<br>908-352-0159 bad number<br>info@apexmca.com | EMAIL |
| Geddo Corporation<br>Hanford Food LLC<br>Kings Food | IOU Financial.com | Imani Hendrix<br>Phil Bishop<br>pbishop@ioufinancial.com<br>470-924-2296<br>ihendrix@ioufinancial.com<br><br>Isaac<br>678-321-4006<br>ihendrix@ioufinancial.com | EMAIL |
| Geddo Corporation | KAPFI | David<br>305-723-9495<br>office@kapfi.com | VM<br>Email |
| Kings Food | Forward Financing | Naayah Lucas<br>nlucas@forwardfinancingcom<br>888-244-9099<br>online@forwardfinancing.com | VM<br>Email |
| Kings Food | Can Capital | Jon Tapia<br>877-500-8282<br>JTApia@cancapital.com | Spoke w/ Jon Tapia<br>Email |
| Bakers Casual Food LLC<br>SANOS LLC<br>Hanford Food | Ondeck Line of Credit / Ondeck Loan | No Name<br>888-727-5449<br>info@ondeck.com<br>customerservice@ondeck.com<br>paymentsupport@ondeck.com | Spoke w/reception<br>EMAIL |

| DEBTOR | CREDITOR | NAME, CONTACT INFORMATION | METHOD OF SERVICE |
|---|---|---|---|
| Hanford Food LLC | Fusion Funding<br><br>Counsel for the secured creditor, CHTD Company | Isaac<br>786-294-4888<br>isaac@piekarski-law.com<br><br>Jonathan Pryor, Esq.<br>Piekarski Law<br>Jonathan.pryor@piekarski-law.com | Spoke w/ Isaac<br>Email |
| Geddo | Banner Bank –<br>Eric Pezold of Snell & Wilmer<br>SNELL & WILMER | 714.427.7414<br>epezold@swlaw.com | VM |
| AZ Fresh<br>Bakers | Bank Five Nine<br>Tom Stapleton, VP – Director<br>504 Lending<br>155 W. Wisconsin<br>Avenue | Oconomowoc, WI 53066 | (262) 560-2088 | VM<br>FEDERAL EXPRESS |
| Hanford | CA Bank Trust<br><br>Kevin Nourse<br><br>Zions Bank<br>Loan Work Out Officer<br>Sal Lopez | kevin.nourse@calbt.com<br>1 213-593-2017<br><br>Sal Lopez - 909-786-3153<br>Salvador.lopez@zionsbancorp.com | Spoke w/Mr. Nourse<br>Email<br>Spoke sal<br>Email |
| Geddo | LendBug LLC<br><br>1266 E Main St #700R,<br>Stamford, CT 06902 | Ph. 346-LENDBUG 536-3284 | VM |
| Sanos | Avion Funding HC LLC<br><br>c/o Dovid Epstein<br>Dovid Epstein<br>Epstein & Fahrenkopf LLP<br>205 Hudson Street, Floor 7<br>New York, NY 10013 | 212-960-3385 |<br>dovid@eflegalgroup.com<br>elazar@avionfunding.com | NO ANSWER<br>EMAIL |
| Bakers | Capital Domain<br>300 Tice Blvd.<br>Woodcliff Lake, NJ 07677 | 732-426-4900<br>deals@capitaldomain.com | Mailbox Full<br>Email |
| Bakers | Speedy Funding<br>243 Tresser Blvd Ste 18<br>Stamford, CT 06901 | No Name<br>855-877-3339<br>subs@speedyfundingllc.com | VM<br>Email |

| | | | |
|---|---|---|---|
| All Debtors | Office of the United States Trustee<br>Ali Matin<br>Steele, Michele (USTP)<br>Ng, Queenie K. (USTP) | Michele.Steele@usdoj.gov<br>Queenie.K.Ng@usdoj.gov | VM<br>Email |
| All Debtors | Robert P. Goe<br>NEF Request | 949-798-2460<br>rgoe@goeforlaw.com<br>kmurphy@goeforlaw.com;<br>goeforecf@gmail.com;<br>Goe.RobertP.R@notify.bestcase.com;<br>ajohnston@goeforlaw.com | Spoke w/Kerry<br>Email |
| | Andreas H. Havadjias, Esq. | andreas.harry@farmerboys.com | Email |
| | Kelly Sweeney, Esq. | 515 S. Flower, 18th Floor<br>Los Angeles, CA 90071<br>(310) 955-4050  x700<br>kelly@ksgklaw.com | VM<br>Spoke W/Ms. Sweeney<br>Email |
| | Chris Bailey<br>Holland & Knight | Holland & Knight LLP<br>One Arts Plaza, 1722 Routh Street,<br>Suite 1500<br>Dallas, Texas 75201<br>Phone +1.214.969.1784<br>chris.bailey@hklaw.com | Spoke w/Mr. Bailey<br>Email |
| Hanford Food LLC | Funders APP DBA Fusion | No Name<br>888-585-0477<br>info@fundersapp.com | No Answer<br>Email |
| SANOS LLC | Fintegra | Stephanie Collins<br>813-519-4849 and 917-451-3317<br>stephaniec@getfintegra.com | VM<br>Email |
| Hanford Food LLC<br>SANOS LLC<br>Bakers Casual Food LLC | EBF Holding DBA Everest Business Funding | Vanessa<br>305-440-0152<br>vanessa.gutierrez@everestbusinessfunding.com | Email<br>VM |
| SANOS LLC | Fundomate Techno<br>**INSUFFICIENT CONTACT  INFORMATION PHONE NUMBER DOESN'T WORK - LINE IS ALWAYS "BUSY"** | Carlton<br>818-839-6093<br>carlton.m@fundomate.com | Email<br>VM |

**UTILITIES**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Geddo | La Habra | City of La Habra | 562-905-9731 waterbilling@lahabraca.gov | Water | 110 East La Habra Boulevard | La Habra, CA 90631 | Spoke w/Rep; requested email Obtained and sent Email on 04/07/2026 |
| Geddo | Orange | City of La Orange | 714-7442233 laduna@cityoforange.org | Water | 300 E. Chapman Avenue | Orange, CA 92866 | Spoke w/Rep; requested email Obtained and sent Email on 04/07/2026 |
| Geddo | Brea | City of La Brea | 714-990-7600 | Water | 1 Civic Center Circle | Brea, CA 92821 | VM |
| Geddo | Brea | Republic Service | 800-299-4898 | Trash | P.O. Box 9001085 | Louisville, KY 40290 | Unable to leave VM |
| Geddo | Ceres | Turlock Irrigation District | 209-883-8222 | Electric | 333 East Canal Driv | Turlock, CA 95380 | Unable to leave VM FEDERAL EXPRESS |
| Geddo | Ceres | City of La Ceres | 209-538-5757 | Water and trash | 2220 Magnolia Street | Ceres, CA 95307 | VM |
| Geddo | Lodi | City of Lodi | 209-333-6717 | Water, Electric, and Trash | 221 West Pine Street | Lodi, CA 95240 | Unable to leave VM FEDERAL EXPRESS |
| Geddo | Lodi | Comcast | 800-266-2278 | Phone | 1701 John F. Kennedy Blvd | Philadelphia, PA 19103 | Spoke w/Rep |
| Bakers Casual | Bakersfield | Oildale Mutual Water Company | 661-399-5516 | Water | 2836 McCray Street | Bakersfield, CA 93308 | Unable to leave VM FEDERAL EXPRESS |
| Bakers Casual | Bakersfield | Varner Broth | 661-399-2944 | Trash | P.O. Box 1308 | Turlock, CA 95381 | VM EXPRESS MAIL |
| AZ Fresh | Surprise | APS Electric | 800-253-9407 | Electric | P.O. Box 2906 | Phoenix, AZ 85062 | VM EXPRESS MAIL |
| AZ Fresh | Surprise | City of Surprise | 623-222-1000 | Water | 16000 N. Civic Center Plaza | Surprise, AZ 85374 | Unable to leave VM |
| AZ Fresh | Surprise | South West Gas | 877-860-6020 | Gas | P.O. Box 24531 | Oakland, CA 94623 | Unable to leave VM |
| AZ Fresh | Surprise | Republic Service | 800-299-4898 | Trash | P.O. Box 9001085 | Louisville, KY 40290 | Unable to leave VM |
| Hanford Food | Hanford | City of Hanford | 559-585-2500 dborba@hanfordca.gov | Water | 319 N. Douty Street | Hanford, CA 93230 | FEDERAL EXPRESS Obtained and sent Email on 04/07/2026 |
| Sanos | Corona | City of Corona | 951-736-2321 customercae@coronaca.gov | Water | PO BOX 950 | Corona, CA 92882 | Obtained and sent Email on 04/07/2026 |
| Sanos | Corona | Waste Management | 800-796-9696 | Trash | P.O. Box 660345 | Dallas, TX 75266 | EXPRESS MAIL |
| Kings Food | Fontana | City of Fontana | 909-350-7600 | Water | PO BOX 950 | Corona, CA 92882 | EXPRESS MAIL |
| Kings Food | Fontana | Burretec Waste Management | 909-429-4200 ranchocs@burrtec.com | Trash | 5455 Industrial PKWY | San Bernardino, CA 92407 | Obtained and sent Email on 04/07/2026 |
| Kings Food | Riverbank | City of Riverbank | 209-869-7101 | Water | 6707 Third Street | Riverbank, CA 95367 | FEDERAL EXPRESS |
| Kings Food | Riverbank | Gilton Waste Management | 209-527-3781 | Trash | P.O. Box 5175 | San Jose, CA 95150 | EXPRESS MAIL |

| Kings Food | Riverbank | Modesto Irrigation District | 209-526-7337 | Electric | P.O. Box 4060 | Modesto, CA 95352 | EXPRESS MAIL |
|---|---|---|---|---|---|---|---|
| Masa | Escondido | San Diego Gas and Electric | 800-411-7343 | Gas and Electric | 8326 Century Park Court | San Diego, CA 92123 | FEDERAL EXPRESS |
| Masa | Escondido | City Of Escondido | 760-839-4682 | Water | P.O. Box 460009 | Escondido, CA 92046 | EXPRESS MAIL |
| Masa | Escondido | EDI Disposal | 949-642-1191 | Trash | 1021 W. Mission Ave | Escondido, CA 92025 | |
| Geddo | La Habra | Clearly IP | 800-933-2467 | Internet | 3255 W Highview | Appleton, Wisconsin 54914 | Unable to leave VM FEDERAL EXPRESS |
| Masa | Escondido | Clearly IP | 800-933-2467 | Internet | 3255 W Highview | Appleton, Wisconsin 54914 | Unable to leave VM FEDERAL EXPRESS |
| Kings Food | Riverbank | Clearly IP | 800-933-2467 | Internet | 3255 W Highview | Appleton, Wisconsin 54914 | Unable to leave VM FEDERAL EXPRESS |
| Kings Food | Fontana | Clearly IP | 800-933-2467 | Internet | 3255 W Highview | Appleton, Wisconsin 54914 | Unable to leave VM FEDERAL EXPRESS |
| Sanos | Corona | Clearly IP | 800-933-2467 | Internet | 3255 W Highview | Appleton, Wisconsin 54914 | Unable to leave VM FEDERAL EXPRESS |
| Hanford Food | Hanford | Clearly IP | 800-933-2467 | Internet | 3255 W Highview | Appleton, Wisconsin 54914 | Unable to leave VM FEDERAL EXPRESS |
| AZ Fresh | Surprise | Clearly IP | 800-933-2467 | Internet | 3255 W Highview | Appleton, Wisconsin 54914 | Unable to leave VM FEDERAL EXPRESS |
| Bakers Casual | Bakersfield | Clearly IP | 800-933-2467 | Internet | 3255 W Highview | Appleton, Wisconsin 54914 | Unable to leave VM FEDERAL EXPRESS |
| Geddo | Orange | Clearly IP | 800-933-2467 | Internet | 3255 W Highview | Appleton, Wisconsin 54914 | Unable to leave VM FEDERAL EXPRESS |
| Geddo | Brea | Clearly IP | 800-933-2467 | Internet | 3255 W Highview | Appleton, Wisconsin 54914 | Unable to leave VM FEDERAL EXPRESS |
| Geddo | Lodi | Clearly IP | 800-933-2467 | Internet | 3255 W Highview | Appleton, Wisconsin 54914 | Unable to leave VM FEDERAL EXPRESS |
| Geddo | Ceres | Clearly IP | 800-933-2467 | Internet | 3255 W Highview | Appleton, Wisconsin 54914 | Unable to leave VM FEDERAL EXPRESS |
| Geddo | La Habra | Edison | 800-655-4555 | Electric | 2244 Walnut Grove Avenue | Rosemead, CA, 91770 | Unable to leave VM FEDERAL EXPRESS |
| Kings Food | Fontana | Edison | 800-655-4555 | Electric | 2244 Walnut Grove Avenue | Rosemead, CA, 91770 | Unable to leave VM FEDERAL EXPRESS |
| Sanos | Corona | Edison | 800-655-4555 | Electric | 2244 Walnut Grove Avenue | Rosemead, CA, 91770 | Unable to leave VM FEDERAL EXPRESS |
| Hanford Food | Hanford | Edison | 800-655-4555 | Electric | 2244 Walnut Grove Avenue | Rosemead, CA, 91770 | Unable to leave VM FEDERAL EXPRESS |
| Geddo | Orange | Edison | 800-655-4555 | Electric | 2244 Walnut Grove Avenue | Rosemead, CA, 91770 | Unable to leave VM FEDERAL EXPRESS |
| Geddo | Brea | Edison | 800-655-4555 | Electric | 2244 Walnut Grove Avenue | Rosemead, CA, 91770 | Unable to leave VM FEDERAL EXPRESS |
| Sanos | Corona | The Gas Company | 800-427-2000 | Gas | 555 W. 5th Street | Los Angeles, CA 90013 | Unable to leave VM FEDERAL EXPRESS |

| Kings Food | Fontana | The Gas Company | 800-427-2000 | Gas | 555 W. 5th Street | Los Angeles, CA 90013 | Unable to leave VM FEDERAL EXPRESS |
|---|---|---|---|---|---|---|---|
| Hanford Food | Hanford | The Gas Company | 800-427-2000 | Gas | 555 W. 5th Street | Los Angeles, CA 90013 | Unable to leave VM FEDERAL EXPRESS |
| Bakers Casual | Bakersfield | The Gas Company | 800-427-2000 | Gas | 555 W. 5th Street | Los Angeles, CA 90013 | Unable to leave VM FEDERAL EXPRESS |
| Geddo | La Habra | The Gas Company | 800-427-2000 | Gas | 555 W. 5th Street | Los Angeles, CA 90013 | Unable to leave VM FEDERAL EXPRESS |
| Geddo | Orange | The Gas Company | 800-427-2000 | Gas | 555 W. 5th Street | Los Angeles, CA 90013 | Unable to leave VM FEDERAL EXPRESS |
| Geddo | Brea | The Gas Company | 800-427-2000 | Gas | 555 W. 5th Street | Los Angeles, CA 90013 | Unable to leave VM FEDERAL EXPRESS |
| Geddo | Orange | CR&R | 714-372-8277 | Trash | P.O. Box 1098 | Stanton, CA 90680 | Unable to leave VM EXPRESS MAIL |
| Geddo | La Habra | CR&R | 714-372-8277 | Trash | P.O. Box 1098 | Stanton, CA 90680 | Unable to leave VM EXPRESS MAIL |

| Kings Food | Riverbank | PG&E | 877-660-6789 | Gas | Bankruptcy Unit PO Box 8329 Stockton, CA 95208  300 Lakeside Drive | Oakland, CA 94612 | Spoke w/Tyron pgebankruptcy@pge.com FEDERAL EXPRESS Lakeside Address |
|---|---|---|---|---|---|---|---|
| Bakers Casual | Bakersfield | PG&E | 877-660-6789 | Electric | Bankruptcy Unit PO Box 8329 Stockton, CA 95208  300 Lakeside Drive | Oakland, CA 94612 | Spoke w/Tyron pgebankruptcy@pge.com FEDERAL EXPRESS Lakeside Address |
| Geddo | Lodi | PG&E | 877-660-6789 | Gas | Bankruptcy Unit PO Box 8329 Stockton, CA 95208  300 Lakeside Drive | Oakland, CA 94612 | Spoke w/Tyron pgebankruptcy@pge.com FEDERAL EXPRESS Lakeside Address |
| Geddo | Ceres | PG&E | 877-660-6789 | Gas | Bankruptcy Unit PO Box 8329 Stockton, CA 95208  300 Lakeside Drive | Oakland, CA 94612 | Spoke w/Tyron pgebankruptcy@pge.com FEDERAL EXPRESS Lakeside Address |

| Worldpay  1-866-622-2390 | Spoke w/Hailey; global company has no physical address; left message for her to forward |
|---|---|
| DoorDash 855-830-5429 | |
| Grubhub (844) 478-2249 | |
| Uber Eats1-833-275-3287 | |
| Postmates1-833-275-3287 | |
| EZCater1-800-488-1803 | |
| Foodja1-844-693-6635 | |

## EXHIBIT 2

## FEDERAL EXPRESS / EXPRESS MAIL / TELEPHONIC/EMAIL NOTICE

Hanford Food LLC

**FEDERAL EXPRESS**
**20 LARGEST**
ADP
Attn: Corporate Officer
One ADP Boulevard
Roseland, NJ 07068

**FEDERAL EXPRESS**
**20 LARGEST**
Valutec
Attn: Corporate Officer
10350 Ormsby Park Pl, Suite 400
Louisville, KY 40223

**FEDERAL EXPRESS**
**20 LARGEST**
Airgas National
Attn: Corporate Officer
259 North Radnor-Chester Road
Suite 100
Radnor, PA 19087

**FEDERAL EXPRESS**
**20 LARGEST**
Brasscoe Corp
Attn: Corporate Officer
16283 Jacobs Cir
Riverside, CA 92504

**FEDERAL EXPRESS**
**20 LARGEST**
City Of Hanford
Attn: Corporate Officer
319 N. Douty Street
Hanford, CA 93230

**FEDERAL EXPRESS**
**20 LARGEST**
Clearly Ip Inc.
Attn: Corporate Officer
3255 W Highview
Appleton, WI 54914

**FEDERAL EXPRESS**
**20 LARGEST**
Farmer Boys
Attn: Joseph Ortiz
3452 University Ave
Riverside, CA 92501

**FEDERAL EXPRESS**
**20 LARGEST**
Filter Shine
Attn: Corporate Officer
1507 W. Orangewood Ave
Orange, CA 92868

**FEDERAL EXPRESS**
**20 LARGEST**
Global Media
Attn: Corporate Officer
30252 Tomas, #200
Rancho Santa Margarita, CA 92688

**FEDERAL EXPRESS**
**20 LARGEST**
Galassos Bakery
Attn: Corporate Officer
1340 E 6th St
Los Angeles, CA 90021

**FEDERAL EXPRESS**
**20 LARGEST**
Itsacheckmate
Attn: Corporate Officer
1113 York Ave, Suite 36E
New York, NY 10065

**EXPRESS MAIL**
**20 LARGEST**
Kaiser Group
Attn: Corporate Officer
P.O. Box 740616
Los Angeles, CA 90074

**EXPRESS MAIL**
**20 LARGEST**
Mercury Payment
Attn: Corporate Officer
P.O. Box 11991
Santa Ana, CA 92711

**TELEPHONIC/EMAIL**
**20 LARGEST**
Piekkarski Law
Attn: Isaac Piekkarski
3323 NE 163rd Street, Ste 608
North Miami Beach, FL 33160

**FEDERAL EXPRESS**
**20 LARGEST**
S.M.A. Financial, Inc.
Attn: Corporate Officer
20 Truman
Irvine, CA 92620

-11-

**FEDERAL EXPRESS**
**20 LARGEST**
So Cal Edison
Attn: Corporate Officer
2244 Walnut Grove Avenue
Rosemead,  CA 91770

**TELEPHONIC/EMAIL**
**SECURED**
CA Bank & Trust
Attn: Kevin Nourse
550 South Hope Street, Suite 500
Los Angeles, CA 90071

**TELEPHONIC/EMAIL**
**SECURED**
Ondeck Capital
Attn: Corporate Officer
1400 Broadway, 25th Floor
New York, NY 10018

**FEDERAL EXPRESS**
**20 LARGEST**
US International Media
Attn: Corporate Officer
3415 S. Sepulveda Blvd. 8th Floor
Los Angeles, CA 90034

**TELEPHONIC/EMAIL**
**SECURED**
EBF Holdings
Attn: Vanessa Gutierrez
12496 NW 25th Street
Miami, FL 33182-1505

**TELEPHONIC/EMAIL**
**SECURED**
Ondeck Captial
Attn: Corporate Officer
1400 Broadway, 25th Floor
New York, NY 10018

**EXPRESS MAIL**
**20 LARGEST**
US Food Service
Attn: Corporate Officer
P.O. Box 7247-0244
Philadelphia, PA 19170

**TELEPHONIC/EMAIL**
**SECURED**
Fusion Funding
Attn: Corporate Officer
12 W 21st Street, 8th Floor
New York, NY 10010

**TELEPHONIC/EMAIL**
**SECURED**
Stage Advance LLC
Attn: Corporate Officer
560 Lexington Ave, 5th Floor
New York,  NY 10022

Sanos LLC

**FEDERAL EXPRESS**
**20 LARGEST**
Brasscoe Corp
Attn: Corporate Officer
16283 Jacobs Cir
Riverside, CA 92504

**FEDERAL EXPRESS**
**20 LARGEST**
Farmer Boys
Attn: Joseph Ortiz
3452 University Ave
Riverside, CA 92501

**FEDERAL EXPRESS**
**20 LARGEST**
Itsacheckmate
Attn: Corporate Officer
1113 York Ave, Suite 36E
New York, NY 10065

**EXPRESS MAIL**
**20 LARGEST**
Nucos2 LLC
Attn: Corporate Officer
P.O. Box 742107
Atlanta, GA 30374

**FEDERAL EXPRESS**
**20 LARGEST**
Rainbow Insurance
Attn: Corporate Officer
421 N Brookhurst St, Suite 101
Anaheim, CA 92801

**EXPRESS MAIL**
**20 LARGEST**
US Food Service
Attn: Corporate Officer
P.O. Box 7247-0244
Philadelphia, PA 19170

**EXPRESS MAIL**
**20 LARGEST**
City Of Corona
Attn: Corporate Officer
PO BOX 950
Corona, CA 92882

**FEDERAL EXPRESS**
**20 LARGEST**
Global Media
Attn: Corporate Officer
30252 Tomas, #200
Rancho Santa Margarita, CA 92688

**EXPRESS MAIL**
**20 LARGEST**
Kaiser Group
Attn: Corporate Officer
P.O. Box 740616
Los Angeles, CA 90074

**FEDERAL EXPRESS**
**20 LARGEST**
Orkin
Attn: Corporate Officer
2170 Piedmont Rd NE
Atlanta, GA 30324

**FEDERAL EXPRESS**
**20 LARGEST**
S.M.A. Financial, Inc.
Attn: Corporate Officer
20 Truman
Irvine, CA 92620

**FEDERAL EXPRESS**
**20 LARGEST**
Valutec
Attn: Corporate Officer
10350 Ormsby Park Pl, Suite 400
Louisville, KY 40223

**FEDERAL EXPRESS**
**20 LARGEST**
Culligan Of Ontario
Attn: Corporate Officer
1925 Burgundy Pl
Ontario, CA 91761

**FEDERAL EXPRESS**
**20 LARGEST**
Hm Electronics
Attn: Corporate Officer
2848 Whiptail Loop
Carlsbad, CA 92010-6708

**EXPRESS MAIL**
**20 LARGEST**
Mercury Payment
Attn: Corporate Officer
P.O. Box 11991
Santa Ana, CA 92711

**FEDERAL EXPRESS**
**20 LARGEST**
Quickbooks Payroll Service
Attn: Corporate Officer
2700 Coast Ave
Mountain View, CA 94043

**FEDERAL EXPRESS**
**20 LARGEST**
Southern California Gas Co.
Attn: Corporate Officer
555 W. 5th Street
Los Angeles, CA 90013

**FEDERAL EXPRESS**
**20 LARGEST**
Vantiv
Attn: Corporate Officer
8500 Governor s Hill Dr
Cincinnati, OH 45249

**EXPRESS MAIL
20 LARGEST**
Waste Management
Attn: Corporate Officer
P.O. Box 660345
Dallas, TX  75266

**TELEPHONIC/EMAIL
SECURED**
EBF Holdings
Attn: Vanessa Gutierrez
12496 NW 25th Street
Miami, FL 33182-1505

**TELEPHONIC/EMAIL
SECURED**
Fintegra
Attn: Corporate Officer
40 Wall Street, Suite 2740
New York, NY 10005

**TELEPHONIC/EMAIL
SECURED**
Avion Funding HC LLC
Attn: Corporate Officer
2365 Nostrand Ave
Brooklyn, NY 11210

**TELEPHONIC/EMAIL
SECURED**
Avion Funding HC LLC
c/o Dovid Epstein
Epstein & Fahrentkopf LLP
205 Hudson Street, Floor 7
New York, NY 10013

**TELEPHONIC/EMAIL
SECURED**
California Bank & Trust
Attn: Kevin Nourse
550 South Hope Street, Suite 500
Los Angeles, CA 90071

**TELEPHONIC/EMAIL
SECURED**
Funding Metrics LLC
Attn: Corporate Officer
1 Evertrust Plaza, Suite 303
Jersey City, NJ 07302

**TELEPHONIC/EMAIL
SECURED**
Ondeck Capital
Attn: Corporate Officer
1400 Broadway, 25th Floor
New York, NY 10018

**TELEPHONIC/EMAIL
SECURED**
Ondeck Captial
Attn: Corporate Officer
1400 Broadway, 25th Floor
New York, NY 10018

**TELEPHONIC/EMAIL
SECURED**
Trustify Advance LLC
Attn: Corporate Officer
14 Wall St, 20th Floor
New York, NY 10005

The MASA Corporation

**FEDERAL EXPRESS**
**20 LARGEST**
Am Trust
Attn: Corporate Officer
59 Maiden Lane, 43rd Floor
New York, NY 10038

**FEDERAL EXPRESS**
**20 LARGEST**
Brascoe Corporation
Attn: Corporate Officer
16283 Jacobs Cir
Riverside, CA 92504

**EXPRESS MAIL**
**20 LARGEST**
Cameron Welding
Attn: Corporate Officer
PO BOX 266
Stanton, CA 90680

**FEDERAL EXPRESS**
**20 LARGEST**
Checkmate
Attn: Corporate Officer
1113 York Ave, Suite 36E
New York, NY 10065

**EXPRESS MAIL**
**20 LARGEST**
City Of Escondido
Attn: Corporate Officer
P.O. Box 460009
Escondido, CA 92046

**FEDERAL EXPRESS**
**20 LARGEST**
Domingo Velez
c/o Farzad Rastegar
Rastegar Law Group
22760 Hawthorne Blvd St 200
Torrance CA, 90505

**FEDERAL EXPRESS**
**20 LARGEST**
Enviro-Master
Attn: Corporate Officer
4101 Stuart Andrew Blvd, Suite F
Charlotte, NC 28217

**FEDERAL EXPRESS**
**20 LARGEST**
Farmer Boys
Attn: Joseph Ortiz
3452 University Ave
Riverside, CA 92501

**FEDERAL EXPRESS**
**20 LARGEST**
Freedom Window Cleaning
Attn: Corporate Officer
12941 Ramona Blvd
Irwindale, CA 91706

**FEDERAL EXPRESS**
**20 LARGEST**
Global Media Group
Attn: Corporate Officer
30252 Tomas, #200
Rancho Santa Margarita, CA 92688

**FEDERAL EXPRESS**
**20 LARGEST**
Galsso's Bakery
Attn: Corporate Officer
1340 E 6th St
Los Angeles,  CA 90021

**FEDERAL EXPRESS**
**20 LARGEST**
HME
Attn: Corporate Officer
2848 Whiptail Loop
Carlsbad, CA 92010-6708

**FEDERAL EXPRESS**
**20 LARGEST**
Havadjia Holdings
Attn: Corporate Officer
3800 Orange St., Suite 250
Riverside, CA 92501

**FEDERAL EXPRESS**
**20 LARGEST**
Mercury Insurance
Attn: Corporate Officer
4484 Wilshire Blvd
Los Angeles, CA 90010

**EXPRESS MAIL**
**20 LARGEST**
Mercury Payment System
Attn: Corporate Officer
P.O. Box 11991
Santa Ana, CA 92711

**FEDERAL EXPRESS**
**20 LARGEST**
Orkin Inc.
Attn: Corporate Officer
2170 Piedmont Rd NE
Atlanta, GA 30324

**FEDERAL EXPRESS**
**20 LARGEST**
S.M.A Financial, Inc.
Attn: Corporate Officer
20 Truman
Irvine, CA 92620

**FEDERAL EXPRESS**
**20 LARGEST**
San Diego Gas & Electric
Attn: Corporate Officer
8326 Century Park Court
San Diego, CA 92123

**EXPRESS MIAL**
**20 LARGEST**
US Food Service
Attn: Corporate Officer
P.O. Box 7247-0244
Philadelphia, PA 19170

**EXPRESS MAIL**
**20 LARGEST**
Vestis Services, Llc
Attn: Corporate Officer
P.O. Box 100321
Pasadena, CA 91189

**TELEPHONIC/EMAIL**
**SECURED**
California Bank & Trust
Attn: Kevin Nourse
550 South Hope Street, Suite 500
Los Angeles, CA 90071

AZ Fresh, LLC

**FEDERAL EXPRESS**
**20 LARGEST**
ADP
Attn: Corporate Officer
One ADP Boulevard
Roseland, NJ 07068

**EXPRESS MAIL**
**20 LARGEST**
Aps Electric
Attn: Corporate Officer
P.O. Box 2906
Phoenix, AZ 85062

**FEDERAL EXPRESS**
**20 LARGEST**
Farmer Boys Franchising Co.
Attn: Joseph Ortiz
3452 University Ave
Riverside, CA 92501

**FEDERAL EXPRESS**
**20 LARGEST**
Brasscoe Corp
Attn: Corporate Officer
16283 Jacobs Cir
Riverside, CA 92504

**FEDERAL EXPRESS**
**20 LARGEST**
Butler Chemicals
Attn: Corporate Officer
3070 E Ceena Ct
Anaheim, CA 92806

**FEDERAL EXPRESS**
**20 LARGEST**
Galassos Bakery
Attn: Corporate Officer
1340 E 6th St
Los Angeles, CA 90021

**FEDERAL EXPRESS**
**20 LARGEST**
Itsacheckmate
Attn: Corporate Officer
1113 York Ave, Suite 36E
New York, NY 10065

**FEDERAL EXPRESS**
**20 LARGEST**
S.M.A. Financial, Inc.
Attn: Corporate Officer
20 Truman
Irvine, CA 92620

**EXPRESS MAIL**
**20 LARGEST**
US Food Service
Attn: Corporate Officer
P.O. Box 7247-0244
Philadelphia, PA 19170

**EXPRESS MAIL**
**20 LARGEST**
Vestis Services
Attn: Corporate Officer
P.O. Box 100321
Pasadena, CA 91189

**FEDERAL EXPRESS**
**20 LARGEST**
Vantiv
Attn: Corporate Officer
8500 Governor s Hill Dr
Cincinnati, OH 45249

**TELEPHONIC/EMAIL**
**SECURED**
Bank Five Nine
Attn: Tom Stapleton
155 W Wisconsin Ave
Oconomowoc, WI 53066

**TELEPHONIC/EMAIL**
**SECURED**
Trustify Advance LLC
Attn: Corporate Officer
14 Wall St, 20th Floor
New York, NY 10005

Geddo Corporation

**EXPRESS MAIL**
**20 LARGEST**
Cintas Corporation
Attn: Corporate Officer
P.O. Box 29059
Phoenix, AZ 85038

**FEDERAL EXPRESS**
**20 LARGEST**
Edison
Attn: Corporate Officer
2244 Walnut Grove Avenue
Rosemead, CA 91770

**FEDERAL EXPRESS**
**20 LARGEST**
Havadjia Holdings, Inc.
Attn: Makis Havadjia, President
3800 Orange Street Suite 250
Riverside, CA 92501

**FEDERAL EXPRESS**
**20 LARGEST**
Marlin Leasing
Attn: Corporate Officer
300 Fellowship Rd
Mount Laurel, NJ 08054

**FEDERAL EXPRESS**
**20 LARGEST**
Quickbooks Payroll Service
Attn: Corporate Officer
2700 Coast Ave
Mountain View, CA 94043

**FEDERAL EXPRESS**
**20 LARGEST**
The Michaels Family Trust
Attn: Corporate Officer
238 Calle Del Verano
Palm Desert, CA 92260

**FEDERAL EXPRESS**
**20 LARGEST**
City Of Lodi
Attn: Corporate Officer
221 West Pine Street
Lodi, CA 95240

**FEDERAL EXPRESS**
**20 LARGEST**
Farmer Boys Food, Inc.
Attn: Chrisakis Havadjias
Attn: Joseph Ortiz
3452 University Ave.
Riverside, CA 92501

**FEDERAL EXPRESS**
**20 LARGEST**
Global Media Group
Attn: Corporate Officer
30252 Tomas, #200
Rancho Santa Margarita, CA 92688

**EXPRESS MAIL**
**20 LARGEST**
Mercury Payment System
Attn: Corporate Officer
P.O. Box 11991
Santa Ana, CA 92711

**FEDERAL EXPRESS**
**20 LARGEST**
S.M.A. Financial, Inc.
Attn: Corporate Officer
20 Truman
Irvine, CA 92620

**FEDERAL EXPRESS**
**20 LARGEST**
Turlock Irrigation District
Attn: Corporate Officer
333 East Canal Driv
Turlock, CA 95380

**EXPRESS MAIL**
**20 LARGEST**
CR&R Inc
Attn: Corporate Officer
P.O. Box 1098
Stanton, CA 90680

**FEDERAL EXPRESS**
**20 LARGEST**
Galasso's
Attn: Corporate Officer
1340 E 6th St
Los Angeles, CA 90021

**FEDERAL EXPRESS**
**20 LARGEST**
HME
Attn: Corporate Officer
2848 Whiptail Loop
Carlsbad, CA 92010-6708

**FEDERAL EXPRESS**
**20 LARGEST**
PG&E
Attn: Corporate Officer
300 Lakeside Drive
Oakland, CA 94612

**FEDERAL EXPRESS**
**20 LARGEST**
The Gas Co.
Attn: Corporate Officer
555 W. 5th Street
Los Angeles, CA 90013

**FEDERAL EXPRESS**
**20 LARGEST**
Vantiv Payment Systaem
Attn: Corporate Officer
8500 Governor s Hill Dr
Suite 400
Cincinnati, OH 45249

**TELEPHONIC/EMAIL SECURED**
Apex Funding
Attn: Corporate Officer
2875 NE 191st ST, STE 304
Aventura, FL 33180

**TELEPHONIC/EMAIL SECURED**
Ein Od Captial LLC
Attn: Corporate Officer
1202 Avenue U, Suite 1115
Brooklyn NY, 11229

**TELEPHONIC/EMAIL SECURED**
Kapitus
Attn: Corporate Officer
730 Broadway, Suite 1100
New York, NY 10003

**TELEPHONIC/EMAIL SECURED**
Lend Bug LLC
Attn: Corporate Officer
101 Avenue of the Americas
9th Floor
New York, NY 10013

**TELEPHONIC/EMAIL SECURED**
LendBug LLC
1266 E Main St #700R
Stamford, CT 06902

**TELEPHONIC/EMAIL SECURED**
Verve Funding LLC
Attn: Corporate Officer
14 Wall St, 20th Floor
New York, NY 10005

Kings Food, Inc.

**FEDERAL EXPRESS**
**20 LARGEST**
Brasscoe Corp
Attn: Corporate Officer
16283 Jacobs Cir
Riverside, CA 92504

**FEDERAL EXPRESS**
**20 LARGEST**
Burrtec Waste
Attn: Corporate Officer
5455 Indastrial Pkwy
San Bernardino, CA 92407

**EXPRESS MAIL**
**20 LARGEST**
Cintas Corporation
Attn: Corporate Officer
P.O. Box 29059
Phoenix, AZ 85038

**FEDERAL EXPRESS**
**20 LARGEST**
City of Riverbank
Attn: Corporate Officer
6707 Third Street
Riverbank, CA 95367

**FEDERAL EXPRESS**
**20 LARGEST**
Edison
Attn: Corporate Officer
2244 Walnut Grove Avenue
Rosemead, CA 91770

**FEDERAL EXPRESS**
**20 LARGEST**
Farmer Boys
Attn: Joseph Ortiz
3452 University Ave
Riverside, CA 92501

**FEDERAL EXPRESS**
**20 LARGEST**
Fontana Water
Attn: Corporate Officer
8353 Sierra Ave
Fontana, CA 92335

**FEDERAL EXPRESS**
**20 LARGEST**
Galasso's
Attn: Corporate Officer
1340 E 6th St
Los Angeles, CA 90021

**FEDERAL EXPRESS**
**20 LARGEST**
HME
Attn: Corporate Officer
2848 Whiptail Loop
Carlsbad, CA 92010-6708

**EXPRESS MAIL**
**20 LARGEST**
Gilton (Utilities)
Attn: Corporate Officer
P.O. Box 5175
San Jose, CA 95150

**EXPRESS MAIL**
**20 LARGEST**
Kaiser
Attn: Corporate Officer
P.O. Box 740616
Los Angeles, CA 90074

**EXPRESS MAIL**
**20 LARGEST**
Modesto Irrigation
Attn: Corporate Officer
P.O. Box 4060
Modesto, CA 95352

**EXPRESS MAIL**
**20 LARGEST**
Mercury Payment System
Attn: Corporate Officer
P.O. Box 11991
Santa Ana, CA 92711

**FEDERAL EXPRESS**
**20 LARGEST**
Orkin
Attn: Corporate Officer
2170 Piedmont Rd NE
Atlanta, GA 30324

**FEDERAL EXPRESS**
**20 LARGEST**
QuickBooks Payroll Service
Attn: Corporate Officer
2700 Coast Ave
Mountain View, CA 94043

**FEDERAL EXPRESS**
**20 LARGEST**
Rainbow MGA Insurance
Attn: Corporate Officer
421 N Brookhurst St, Suite 101
Anaheim, CA 92801

**FEDERAL EXPRESS**
**20 LARGEST**
S.M.A. Financial, Inc.
Attn: Corporate Officer
20 Truman
Irvine, CA 92620

**EXPRESS MAIL**
**20 LARGEST**
US Foods
Attn: Corporate Officer
P.O. Box 7247-0244
Philadelphia, PA 19170

**FEDERAL EXPRESS**
**20 LARGEST**
Vantiv Payment
Attn: Corporate Officer
8500 Governor s Hill Dr
Cincinnati, OH 45249

**TELEPHONIC/EMAIL**
**SECURED**
California Bank and Trust
Attn: Kevin Nourse
550 South Hope Street, Suite 500
Los Angeles, CA 90071

**TELEPHONIC/EMAIL**
**SECURED**
Forward Financing
Attn: Corporate Officer
53 State Street, 18th Floor
Boston, MA 02109

**TELEPHONIC/EMAIL**
**SECURED**
Funding Metrics LLC
Attn: Corporate Officer
1 Evertrust Plaza, Suite 303
Jersey City, NJ 07302

**TELEPHONIC/EMAIL**
**SECURED**
Kapitus
Attn: Corporate Officer
730 Broadway, Suite 1100
New York, NY 10003

Bakers Casual Food LLC

**FEDERAL EXPRESS**
**20 LARGEST**
ADP
Attn: Corporate Officer
One ADP Boulevard
Roseland, NJ 07068

**FEDERAL EXPRESS**
**20 LARGEST**
Brasscoe Corp
Attn: Corporate Officer
16283 Jacobs Cir
Riverside, CA 92504

**FEDERAL EXPRESS**
**20 LARGEST**
Farmer Boys
Attn: Joseph Ortiz
3452 University Ave
Riverside, CA 92501

**FEDERAL EXPRESS**
**20 LARGEST**
Global Media
Attn: Corporate Officer
30252 Tomas, #200
Rancho Santa Margarita, CA 92688

**FEDERAL EXPRESS**
**20 LARGEST**
Galassos Bakery
Attn: Corporate Officer
1340 E 6th St
Los Angeles, CA 90021

**FEDERAL EXPRESS**
**20 LARGEST**
Hm Electronics
Attn: Corporate Officer
2848 Whiptail Loop
Carlsbad, CA 92010-6708

**EXPRESS MAIL**
**20 LARGEST**
Kaiser Group
Attn: Corporate Officer
P.O. Box 740616
Los Angeles, CA 90074

**FEDERAL EXPRESS**
**20 LARGEST**
Oildale Mutual
Attn: Corporate Officer
2836 McCray Street
Bakersfield, CA 93308

**EXPRESS MAIL**
**20 LARGEST**
Mercury Payment
Attn: Corporate Officer
P.O. Box 11991
Santa Ana, CA 92711

**FEDERAL EXPRESS**
**20 LARGEST**
PG & E
Attn: Corporate Officer
300 Lakeside Drive
Oakland, CA 94612

**FEDERAL EXPRESS**
**20 LARGEST**
S.M.A. Financial, Inc.
Attn: Corporate Officer
20 Truman
Irvine, CA 92620

**FEDERAL EXPRESS**
**20 LARGEST**
Southern California Gas Co.
Attn: Corporate Officer
555 W. 5th Street
Los Angeles, CA 90013

**FEDERAL EXPRESS**
**20 LARGEST**
T-Mobile
Attn: Corporate Officer
12920 SE 38th St.
Bellevue, WA 98006

**FEDERAL EXPRESS**
**20 LARGEST**
So Cal Edison
Attn: Corporate Officer
2244 Walnut Grove Avenue
Rosemead, CA 91770

**FEDERAL EXPRESS**
**20 LARGEST**
Travelers Insurance
Attn: Corporate Officer
485 Lexington Ave
New York, NY 10017

**EXPRESS MAIL**
**20 LARGEST**
Us Food Service
Attn: Corporate Officer
P.O. Box 7247-0244
Philadelphia, PA 19170

**EXPRESS MAIL**
**20 LARGEST**
Varner Bros Inc
Attn: Corporate Officer
P.O. Box 1308
Turlock,  CA 95381

**FEDERAL EXPRESS**
**20 LARGEST**
West Air Gases And Equipment
Attn: Corporate Officer
1950 S Reservoir St
Pomona, CA 91766

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  1301 Dove Street, Suite 500, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled **DECLARATION OF JEANNIE MARTINEZ RE SERVICE OF FIRST DAY MOTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 7, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Andrew Michael Cummings - andrew.cummings@hklaw.com, philip.dobbs@hklaw.com; hapi@hklaw.com; sandy.olalde@hklaw.com
- Robert P Goe - rgoe@goeforlaw.com; kmurphy@goeforlaw.com; goeforecf@gmail.com; Goe.RobertP.R@notify.bestcase.com; ajohnston@goeforlaw.com
- Richard H Golubow - rgolubow@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- Garrick A Hollander- ghollander@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- Sweeney Kelly - kelly@ksgklaw.com
- Jordyn Paperny - jpaperny@wghlawyers.com, jmartinez@wghlawyers.com; svillegas@wghlawyers.com
- Eric S Pezold - epezold@swlaw.com, fcardenas@swlaw.com
- Andrew Still - astill@swlaw.com, kcollins@swlaw.com
- United States Trustee (SA) - ustpregion16.sa.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**:   On **___, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3.  SERVED BY ___** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April___, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 7, 2026 | Jeannie Martinez | /s/ Jeannie Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |